KATE REILLY, as Administratrix of the Estate of JAMES REILLY, Deceased, Appellant, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, Impleaded with Another.

*Reilly v. N. Y., N. H. & H. R. R. Co.*, 173 App. Div. 978, affirmed. (Argued May 15, 1918; decided May 28, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1916, *unanimously* affirming a judgment in favor of defendant entered upon a dismissal of the complaint as to defendant, appellant, by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. The intestate, while employed by an independent contractor, which was engaged in blasting on defendant railroad's right of way close to the tracks, was struck by a train and killed. Plaintiff contended that the engineer failed to sound his whistle although he saw the intestate standing near the track while the locomotive was several hundred feet away. The defense was contributory negligence. Defendant's witnesses also testified that the whistle was blown continuously from a point six hundred and fifty to seven hundred feet from the point of collision.

*Leonard F. Fish* and *Thomas J. O'Neill* for appellant. *John M. Gibbons* and *Charles M. Sheafe, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.